# ELECTRONIC RECORD

COA # 02-13-00482-CR                    OFFENSE: 21.11

STYLE: Kurley James Johnson v. The State of Texas                    COUNTY: Wichita

COA DISPOSITION: AFFIRM                    TRIAL COURT: 89th District Court

DATE: 04/16/2015                    Publish: NO    TC CASE #: 53,445-C

# IN THE COURT OF CRIMINAL APPEALS

STYLE: Kurley James Johnson v. The State of Texas                    CCA #: 611-15

_____PRO SE_____ Petition                    CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:                    DATE: _____

_____REFUSED_____                    JUDGE: _____

DATE: 10/07/2015                    SIGNED: _____    PC: _____

JUDGE: Per Curiam                    PUBLISH: _____    DNP: _____

-------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

# ELECTRONIC RECORD